Karen Liao (State Bar No. 256072)
   *karen.liao@manningkass.com*
Petya I. Hrabar (State Bar No. 335771)
   *petya.hrabar@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
695 Town Center Dr., Ste 400
Costa Mesa, California 92626
Telephone: (949) 440-6690
Facsimile: (949) 474-6991

Attorneys for Defendant,
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EUGENE BROWN,<br><br>            Plaintiff,<br><br>     v.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 to 25, inclusive,<br><br>            Defendants. | Case No.<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES [LOCAL RULE 7.1-1]** |

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Home Depot U.S.A., Inc. ("Home Depot") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| **Name** | **Connection or Interest** |
|---|---|
| Home Depot U.S.A., Inc. | Defendant |

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED: January 28, 2025 | | MANNING & KASS<br>ELLROD, RAMIREZ, TRESTER LLP |
| | By: | _/s/ Karen Liao_<br>Karen Liao<br>Attorneys for Defendant Home Depot U.S.A., Inc. |

4910-3274-1908.1

2

CERTIFICATION AND NOTICE OF INTERESTED PARTIES [LOCAL RULE 7.1-1]