Karen Liao (State Bar No. 256072)
  karen.liao@manningkass.com
Petya I. Hrabar (State Bar No. 335771)
  petya.hrabar@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
695 Town Center Dr., Ste 400
Costa Mesa, California 92626
Telephone: (949) 440-6690
Facsimile: (949) 474-6991

Attorneys for Defendant,
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EUGENE BROWN,<br><br>            Plaintiff,<br><br>       v.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 to 25, inclusive,<br><br>            Defendants. | Case No.<br><br>**NOTICE TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT [28 U.S.C. 1441(b)]** |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

       PLEASE TAKE NOTICE that on January 28, 2025, Defendant Home Depot U.S.A., Inc. ("Home Depot") filed in the United States District Court, Central District of California, Western Division, its Notice of Removal of Action, removing this action to that Court.

DATED: January 28, 2025          **MANNING & KASS**
                                 **ELLROD, RAMIREZ, TRESTER LLP**

                                 By:     */s/ Karen Liao*
                                         Karen Liao
                                         Attorneys for Defendant Home Depot
                                         U.S.A., Inc.

4936-5378-8948.1                         1
**NOTICE TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT [28 U.S.C. 1441(b)]**