Karen Liao (State Bar No. 256072)
 *karen.liao@manningkass.com*
Petya I. Hrabar (State Bar No. 335771)
 *petya.hrabar@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
695 Town Center Dr., Ste 400
Costa Mesa, California 92626
Telephone: (949) 440-6690
Facsimile: (949) 474-6991

Attorneys for Defendant,
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EUGENE BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 to 25, inclusive,<br><br>　　　　　Defendants. | Case No.<br><br>(State Case No. 23VECV04043)<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL** |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On January 28, 2025, I served true copies of the following document(s) described as:

　　1.　　NOTICE OF REMOVAL OF ACTION;

　　2.　　DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES;

　　3.　　CIVIL COVER SHEET; and

　　4.　　NOTICE TO ADVERSE PARTY OF FILING NOTICE OF

REMOVAL OF ACTION TO FEDERAL COURT

on the interested parties in this action as follows:

1  Tracy Baer, Esq.,
   BAER TREGER LLP
2  2121 Avenue of the Stars, Suite 800
   Los Angeles, CA 90067
3  (310) 226-7570

BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Manning & Kass, Ellrod, Ramirez, Trester LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2025, at Los Angeles, California.

*/s/ Steve Chang*
Steve Chang

2
Case No.
**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL**